WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

*FILED*
*JAN 2 1 2011*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PATRICIA BICKFORD,**                                    CV # 09-833-KI

   Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $7,400.00 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset

Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.


DATED this _2/_ day of _____, 2011.


                                        _____
                                        United States District Judge


Submitted on January 13, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1